UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COURTNEY BLACKWELL                                                         PLAINTIFF

V.                               No. 4:20-CV-1262-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 13th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE